**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,          )<br>                                             )<br>                    Plaintiff,      )<br>                                             )<br>v.                                        )<br>                                             )<br>Maria Elida Lujan-Barraza,     )<br>                                             )<br>                    Defendant.   )<br>_____) | No. 06-0149M<br><br>**ORDER** |

Upon motion of Defendant, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue Change of Plea Hearing is GRANTED.

**IT IS FURTHER ORDERED** that the Change of Plea Hearing in this case set for May 12, 2006 is continued to May 19, 2006, at 9:00 a.m.

DATED this 8th day of May, 2006.

David K. Duncan
United States Magistrate Judge